UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 31 2007 ★
BROOKLYN OFFICE

------------------------------------
UNITED STATES,

  -v-

JULIO RAMIREZ

------------------------------------

ORDER

CR-06-761-01(JG)

JOHN GLEESON, U.S.D.J.

The clerk is directed to dismiss all remaining open counts for the above captioned defendant based on the motion of the government during the sentence proceeding on July 20, 2007.

SO ORDERED.

s/John Gleeson

_____
JOHN GLEESON, U.S.D.J.

DATED: Brooklyn, N.Y.
       July 31, 2007